UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| KENNETH E. HENRY, | : | VIOLATIONS: 8 U.S.C. §1326(a) and (b)(2) |
|    also known as James Loveland, | : | (Reentry of an Alien Deported Following |
|    also known as Kendall Earl Clarke, | : | Conviction for an Aggravated Felony) |
|    also known as James Wise, | : | |
|    also known as Jamal Gates, | : | |
|    also known as Jamaican Kenny, | : | |
|         Defendant. | : | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT ONE

On or about April 8, 2013, within the District of Columbia, **KENNETH E. HENRY**, also known as James Loveland, also known as Kendall Earl Clarke, also known as James Wise, also known as Jamal Gates, and also known as Jamaican Kenny, an alien, was found in the United States after having been deported from the United States, following his conviction in the United States District Court for the District of Columbia, on or about March 4, 2002, for Distribution of 50 Grams or More of Cocaine Base, Criminal Case No. 00-424, an aggravated felony, without having

obtained the express consent of the Attorney General or the Secretary of Homeland Security of the United States to reapply for admission into the United States.

(**Reentry of an Alien Deported Following Conviction for an Aggravated Felony,** in violation of Title 8, United States Code, Sections 1326(a) and (b)(2))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.